**Fill in this information to identify the case:**

Debtor 1   Leslie D Hughes

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Georgia

Case number 17-52260-lrc

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges        12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): N/A

**Last four digits** of any number you use to identify the debtor's account: 5273

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 11/21/2016

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees (Plan Review) | 02/16/2017 | (3) | $ 300.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Leslie D Hughes     Case number *(if known)* 17-52260-lrc
         First Name  Middle Name  Last Name

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖   /s/Mallory Velten

Date  03/15/2017

Signature

**Print:**  Mallory Velten
         First Name  Middle Name  Last Name

Title  Attorney

Company  Brock & Scott, PLLC

Address  4360 Chamblee Dunwoody Rd. Suite 310
         Number           Street

Atlanta, GA 30341
City           State    ZIP Code

Contact phone  404-789-2661

Email  bankruptcy@brockandscott.com

Case 17-52260-lrc    Doc 19    Filed 03/15/17    Entered 03/15/17 19:01:23    Desc Main
Document    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
LESLIE D HUGHES
           DEBTOR

CASE NO.  17-52260
CHAPTER 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Proof of Claim Supplement in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Leslie D Hughes
2270 Charleston Place
Lithia Springs, GA 30122


Joy D. Nesmith
2470 Windy Hill Road
Suite 300
Marietta, GA 30067


Adam M. Goodman
Suite 200
260 Peachtree Street NW
Atlanta, GA 30303


This the 15th day of March, 2017.

/s/ Alicia Koval
Alicia Koval
Brock & Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217
Ph: (704) 369-0676
Fax: (704) 369-0760
bankruptcy@brockandscott.com