UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Leslie Dionne Hughes | ) CASE NO. 17-52260-LRC |
| | ) |
| | ) |
| DEBTOR. | ) |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The Debtor has failed to maintain payments into this case as required by 11 U.S.C. Section 1326.

2. The Chapter 13 Plan does not provide for the correct Applicable Commitment Period, and is not in compliance with 11 U.S.C. Sections 1325(b)(1)(B), 1325(b)(4)(B).

3. The schedules provide that Fannie Mae has a secured or priority claim, however, the Chapter 13 Plan fails to provide for said creditor, in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

4. The Trustee requests proof that Debtor's direct post-petition mortgage payments remain current. 11 U.S.C. Section 1325(a)(6).

5. Pursuant to testimony at the meeting of creditors, the Debtor has not filed all tax returns that have come due in the four (4) years preceding the filing of this case, in violation of 11 U.S.C. Section 1308 (a). The Debtor should provide evidence that the tax returns have been filed for 2016.

6. The Debtor's gross income as reflected on Schedule I is $3,708.00; on Form 22C is $3,708.00; and the pay advices is $4,610.57. The Debtor should provide further documentation to explain the discrepancies in reported income. 11 U.S.C. Section 1325(a)(3), 1325(b).

7. Pursuant to information received from the Internal Revenue Service, 2016 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

8. Based upon a review of the Debtor's payslip, it appears that the Debtor's net monthly income as reflected on Schedule I may be understated. The payslip reflects net monthly income of $2,848.71 and gross monthly income of $4,610.57, while Schedule I reflects net monthly income of $2,677.00 and gross monthly income of $3,708.00. The Debtor's Plan and Schedules should be amended to provide for the contribution of all additional disposable income to the instant Chapter 13 case. 11 U.S.C. Sections 1325(a)(3), 1325 (a)(7), 1325(b)(1)(B).

9. Pursuant to testimony from the meeting of creditors, it appears that Debtor has a pending/or anticipated lawsuit. The Chapter 13 Petition and schedules fail to fully disclose this lawsuit/or claim, in violation of 11 U.S.C. Section 521 and Bankruptcy Rule 1007(h)

10. The Debtor's plan fails to provide that all net proceeds from the Debtor's pending/anticipated lawsuit shall be paid to the Trustee for distribution to the allowed unsecured claims, as required by 11 U.S.C. Sections 1325(a)(3), 1325(a)(4), and 1325(b).

11. Based on the Debtor not scheduling a mortgage arrearage, which is the basis of filing this case, the Trustee cannot evaluate whether the Plan satisfies the requirement of 11 U.S.C. Sections 1322(b), 1322(d), 1325(a)(5), 1325(a)(6).

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Leslie Dionne Hughes | ) | |
| | ) | CASE NO.: 17-52260-LRC |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

17-52260-LRC          **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):
    Leslie Dionne Hughes
    2270 Charleston Place
    Lithia Springs, GA  30122

    DEBTOR(S) ATTORNEY:
    BAXTER & NESMITH, LLC
    3300 BUCKEYE ROAD
    BUCKEYE TOWER, SUITE 320
    ATLANTA, GA  30341

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Wednesday, March 29, 2017

/s/ _____
Adam M. Goodman
GA Bar No. 300887
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450