UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Leslie Dionne Hughes,            )         CASE NO. 17-52260-LRC
                                 )
      Debtor                     )         CHAPTER 13

## APPLICATION FOR AUTHORITY TO EMPLOY ATTORNEY

COMES NOW, Leslie Dionne Hughes, Debtor in the above-styled Chapter 13 Case, and respectfully file this Application for Authority to Employ Attorney as follows:

1.

The afore-mentioned applicant is seeking Court approval to employ J. Mac C. Pilgrim of The Pilgrim Law Group, LLC, as attorney asserting a personal injury claim and/or lawsuit on behalf of Debtor. J. Mac C. Pilgrim is admitted to practice in the State of Georgia, and has an office located at 845 South Carroll Road, Suites A & B, Villa Rica, GA 30180.

2.

The attorney who is subject of this Application has represented the Debtor since May 3, 2017, and is deeply involved in this case. This attorney's representation of the Debtor's is crucial and necessary to Debtor's interest.

3.

The professional services that said J. Mac C. Pilgrim, Esquire is to render include but are not limited to:

a) Providing the Debtor with legal services regarding the claim/suit.

b) Preparing on behalf of the Debtor the necessary applications, answers, orders and other legal papers pursuant to the matter; and

c) Performing all other legal services for Debtor which may be reasonably necessary.

4.

Debtor has selected J. Mac C. Pilgrim, Esquire, because he has considerable experience in matters of this nature and Applicant believes he is well qualified to represent Debtor in this area.

5.

The Debtor has agreed to compensate J. Mac C. Pilgrim, based upon a fee agreement, typical of cases of this type. The employment agreement sets forth compensation agreements agreed upon. A true and correct copy of the employment agreement executed by the Debtor and by J. Mac C. Pilgrim is attached as Exhibit A.

6.

Special counsel recognizes that the Bankruptcy Court must approve the disbursement of any settlement or recovery in this matter, and will seek such approval by motion prior to the disbursement of money to the Debtor.

7.

To the best of Debtor's knowledge, J. Mac C. Pilgrim, has no connections with the Debtor, any creditor or any other party in interest herein, his respective attorneys and/or accountants, the Chapter 13 Trustee, the United States Trustee, or any person employed in the office of the Chapter 13 Trustee or the United States Trustee, and represents no interest adverse to the Debtor with respect to any matter on which said Byron M. G. Sanford, Esquire, is to be employed by this Debtor.

WHEREFORE, Debtor prays that he be authorized to employ J. Mac C. Pilgrim to represent him as counsel in the aforementioned suit pursuant to the terms of the Retainer Agreement (see Exhibit A).

Dated: Wednesday, June 28, 2017            Respectfully submitted,

_____ /s/
Joy Nesmith, Attorney for Debtor
Georgia Bar No. 161502
Baxter & Nesmith, LLC
3300 Buckeye Road
Buckeye Tower, Suite 320
Atlanta, GA 30341
Phone: (404) 809-3423
Fax: (678) 399-2385
joyn@baxternesmith.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Leslie Dionne Hughes, | ) | CASE NO. 17-52260-LRC |
| | ) | |
| Debtor | ) | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify:

That I am more than 18 years of age, and that on this day, I served a copy of the within Application for Authority to Employ Attorney upon (a) the Chapter 13 Trustee and (b) and upon the following electronically and/or by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

| | | |
|---|---|---|
| Leslie Dionne Hughes<br>2270 Charleston Place<br>Lithia Springs, GA 30122 | Adam M. Goodman<br>Chapter 13 Trustee<br>260 Peachtree Street, NW<br>Suite 200<br>Atlanta, GA 30303 | J. Mac C. Pilgrim<br>The Pilgrim Law Group, LLC<br>845 South Carroll Road<br>Suites A & B<br>Villa Rica, GA 30180 |

United States Trustee
362 Richard B Russell Building
75 Spring Street
Atlanta, GA 30303

Dated: Wednesday, June 28, 2017

\

Baxter & Nesmith, LLC

By:_____/s/
Joy Nesmith, Attorney for Debtor
Georgia Bar No. 161502
3300 Buckeye Road
Buckeye Tower, Suite 320
Atlanta, GA 30341
Phone: (404) 809-3423
Fax: (678) 399-2385
joyn@baxternesmith.com

# EXHIBIT A

# THE PILGRIM LAW GROUP, LLC.
### ATTORNEYS AT LAW

DARRELL J. DONALDSON
DJD@THEPLG.NET

KATHERINE M. GRIBBEN
KATIEG@THEPLG.NET

DANIEL E. RICE
DANIELR@THEPLG.NET

J. MAC C. PILGRIM
MAC@THEPLG.NET

845 SOUTH CARROLL ROAD
SUITES A & B
P.O. BOX 2200
VILLA RICA, GA 30180

TEL: 770-459-9210
FAX: 770-459-9207

## ATTORNEY-CLIENT CONTRACT

1. I hereby employ The Pilgrim Law Group, LLC, ("THE FIRM"), as my attorneys, to represent me against all persons or entities for the injuries I sustained on or about the __16__ day of __May__, 20__16__.

2. I agree to pay the Firm **_thirty-three and one third (33 1/3%)_** percent of the gross recovery made for me in the event such recovery is obtained without the necessity of filing a lawsuit or utilizing mediation, arbitration or other alternative dispute resolutions. Should my recovery occur after a lawsuit is filed, or mediation or arbitration held, then I agree to pay the Firm **_thirty-five (35%) percent_** of the gross recovery.
**IN THE EVENT THAT THERE IS NO RECOVERY THE CLIENT OWES THE FIRM NO FEES.**

3. It is my understanding that I am not being charged for the assistance of the Firm, if needed, in the uncontested settlement of the property damage, if applicable, however, I further understand that should the Firm have to file suit to recover for the property damage, I shall be charged in accordance with the percentages above recited as to any recovery obtained.

4. The Firm, in its absolute discretion, may withdraw from the case at any time for any reason, including but not limited to, lack of insurance coverage, insufficient prospective recovery or lack of client cooperation. Firm shall notify Client of its withdrawal by letter mailed to the address, which Client had provided to Firm for receipt of correspondence from it. Client expressly authorizes the Firm to associate any other attorney(s) for the purpose of pursuing this case.

5. Client may dismiss the Firm at any time, upon written notice to the Firm. Client agrees that should they dismiss the Firm from representing them in their claim herein, Client would remain liable to the Firm, and herewith irrevocably assign to the Firm, the applicable percentage of fee due the Firm under this Agreement of the highest offer that was made by and adversary or collateral party during the Firm's employment by Client. In the event no offer has been made, client agrees to pay to firm

attorney fees for the time the firm had expended working on Client's case, to be assessed at the rate of two hundred fifty dollars per hour.

6. Client agrees not to settle the claim without the Firm's consent, and the Firm agrees not to settle without the Client's consent. The Firm has made no representation as to what amounts, if any, that Client may be entitled to recover for this claim. Client agrees to keep the Firm advised of their whereabouts at all times, to cooperate in the preparation of their claim, to appear on reasonable notice, and to respond to all reasonable requests made by the Firm in connection with the preparation and presentation of their claim.

7. Client acknowledges that he/she is solely responsible for payment of all expenses associated with their case. Expenses are to be paid by Client in accordance with the actual charges incurred.

8. Client directs Firm to withhold from any recovery amounts sufficient to pay all indebtedness they have incurred for medical and other expenses connected with the prosecution of this action. Client understands that payment of these expenses is solely Client's responsibility and will be deducted from Client's share of the gross proceeds. Further, Client understands that it is their responsibility to inform the Firm of the existence of all such expenses and the identity of all such creditors.

9. I have read the above agreement, or had it read to me, and I fully understand it and agree to the terms set forth above. This document represents the ENTIRE AGREEMENT between the parties.

This the 3rd day of May, 2017.

Firm: _____        Client: _____

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Leslie Dionne Hughes,   )   CASE NO. 17-52260-LRC
                        )
    Debtor              )   CHAPTER 13
                        )

## VERIFICATION UNDER BANKRUPTCY RULE 2014

COMES NOW, the undersigned affiant, J. Mac C. Pilgrim, after being duly sworn and hereby states as follows:

1.

That I am an attorney lawfully admitted to practice law in the State of Georgia. My business address and phone number is:

**The Pilgrim Law Group, LLC**
**845 South Carroll Road**
**Suites A & B**
**Villa Rica, GA 30180**
**Phone: (770) 459-9210**

2.

Prior to the filing in Debtor's case, I and my firm were engaged by Debtor to represent her in a personal injury claim/lawsuit. Neither I nor my firm have any connection with the above-named Debtor other than this matter, nor do I or my firm have any connection with Joy Nesmith, any attorneys or employees of Baxter & Nesmith, LLC, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any employee of the Office of the United States Trustee. I and my firm will counsel with and represent the applicant in performing services as Special Counsel and render services similar to those performed prior to filing Debtor's case.

3.

Neither I nor my firm represent any interest which would be adverse to this estate in the matters upon which we are to be engaged.

After being duly sworn, I, J. Mac C. Pilgrim, declare under penalty of perjury that the statements set forth in this Verification are true and correct to the best of my knowledge, information and belief.

/s/
J. Mac C. Pilgrim, Attorney
Georgia Bar No.
The Pilgrim Law Group, LLC
845 South Carroll Road
Suites A & B
Villa Rica, GA 30180
Phone: (770) 459-9210
Fax: (770) 459-9207

Sworn before me this 19th
day of June 2017.

Notary Public
My commission expires:

Notary Public Carroll County, Georgia
My Commission Expires August 12, 2020