IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:        )      Chapter 13

             )

Leslie Dionne Hughes,    )

             )      CASE NO.: 17-52260-LRC

   Debtor.        )

             )      JUDGE RITCHEY-CRAIG

             )

## **MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

COMES NOW, Joy Nesmith and Baxter & Nesmith, LLC (collectively referred to herein as "Counsel") and moves the Court to issue an Order permitting withdrawal as counsel of record for Leslie Dionne Hughes ("Debtor"). In support of this Motion, Counsel shows the Court the following:

1. Debtor does not accept the legal advice given by Counsel, thereby rendering it impossible for Counsel to continue to adequately represent Debtor in her Chapter 13 Bankruptcy Case Number 17-52260-LRC.

2. Counsel wishes to Withdraw as counsel of record for the Debtor.

3. Counsel has notified Debtor that it intends to withdraw from such representation.

4. The undersigned hereby certifies that on May 14, 2018, Counsel sent the attached letter and proposed Motion to Withdraw to Debtor. The Debtor was informed of Counsel's intention to withdraw on May 14, 2018 in writing via e-mail and mail. (See Exhibit A – Letter of Intent to Withdraw, Motion to Withdraw, and Proposed Order)

5. This Court retains jurisdiction of the referenced action.

6. The Debtor is aware that they have the burden to keep the Court informed where notices,

pleadings, or other papers may be served on her.

7. The Debtor is aware that obligation to prosecute her open bankruptcy case.

8. If the Debtor fails and refuses to meet these burdens, she is aware that she might suffer adverse consequences.

9. Debtor is aware that a hearing on the Objection to Claim against Portfolio Recovery Associates, LLC is scheduled for July 10, 2018 at 1:45 p.m. in Courtroom 1204 on the 12th Floor of the Richard Russell Federal Building located at 75 Ted Turner Drive, SW, Atlanta, GA 30303

10. Debtor is aware that a hearing on the Motion for Relief filed by Fannie Mae will likely be scheduled for July 17, 2018 at 2:00 p.m. in Courtroom 1204 on the 12th Floor of the Richard Russell Federal Building located at 75 Ted Turner Drive, SW, Atlanta, GA 30303 and that she will receive notice of the hearing from the Court.

11. There are no known other scheduled proceedings at this time that would be affected by the withdrawal of Counsel.

12. Service of notices may be made to the Debtor by mailing a copy hereof to her last known address which is :

> Leslie Dionne Hughes
> 2270 Charleston Place
> Lithia Springs, GA 30122

13. Debtor was advised that, if she does not consent to Counsel's withdrawal, she has the right to object within fourteen (14) days of the date of the notice by filing her objection with the clerk of Bankruptcy Court which is located at 75 Ted Turner Drive, SW, Suite 1340, Atlanta, GA 30303.

WHEREFORE, Counsel requests that the Court issue an Order in the form attached

hereto as Exhibit B permitting Counsel to withdraw from further representation of the Debtor.


Respectfully submitted this the 14th day of May 2018


                                        /s/
                              _____
                              Joy Nesmith, Attorney for Debtor
                              Georgia Bar No.: 161502
                              3300 Buckeye Road
                              Buckeye Tower, Suite 320
                              Atlanta, GA  30341
                              Phone: (404) 809-3423
                              Fax: (678) 399-2385
                              Email: joyn@baxternesmith.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| | ) | |
| Leslie Dionne Hughes, | ) | |
| | ) | CASE NO.: 17-52260-LRC |
| Debtor. | ) | |
| | ) | JUDGE RITCHEY-CRAIG |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than 18 years of age and, that on this day, I served a copy of the within MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR upon (a) Melissa J. Davey, Chapter 13 Trustee, and (b) upon the Debtor, and upon all listed in the attached mailing matrix by depositing a copy of same in U.S. Main with sufficient postage affixed thereon to ensure delivery to:

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303

Leslie Dionne Hughes
2270 Charleston Place
Lithia Springs, GA 30122

Respectfully submitted this the 14th day of May 2018

_____ /s/
Joy Nesmith, Attorney for Debtor
Georgia Bar No.: 161502
3300 Buckeye Road
Buckeye Tower, Suite 320

Atlanta, GA  30341
Phone: (404) 809-3423
Fax: (678) 399-2385
Email: joyn@baxternesmith.com

Label Matrix for local noticing
113E-1
Case 17-52260-lrc
Northern District of Georgia
Atlanta
Mon May 14 16:29:37 EDT 2018

American InfoSource LP
as agent for Verizon
P.O. box 248838
Oklahoma City, OK 73124-8838

Mandy Kathleen Campbell
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Federal National Mortgae Association
c/o Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd, Ste 310
Atlanta, GA 30341-1056

Federal National Mortgage Association
(Fannie Mae)
C/O  Seterus, Inc
PO Box 1047
Hartford, CT 06143-1047

Federal National Mortgage Association
(Fannie Mae)
Seterus, Inc
PO Box 1047
Hartford, CT 06143-1047

Frost-Arnett Company
P.O. box 198988
Nashville, TN 37219-8988

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Leslie Dionne Hughes
2270 Charleston Place
Lithia Springs, GA 30122-4004

Internal Revenue Service
401 W. Peachtree Street
Stop 334-D
Atlanta, GA 30308-3518

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joy D. Nesmith
Baxter & Nesmith, LLC
Suite 320, Buckeye Tower
3300 Buckeye Road
Atlanta, GA 30341-4238

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Patient Accounts Bureau
P.O. Box 279
Norcross, GA 30091-0279

J. Mac C. Pilgrim
The Pilgrim Law Group, Inc.
845 South Carroll Road
Suites A & B
Villa Rica, GA 30180-7035

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Razor Capital, LLC
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Seterus, Inc.
14523 SW Milikan Way
Ste 200
Beaverton, OR 97005-2352

Seterus, Inc.
P.O. Box 4121
Beaverton, OR 97076-4121

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Thd/Cbna
P.O. Box 6497
Sioux Falls, SD 57117-6497

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Road
Suite 310
Atlanta, GA 30341-1056

Verizon Wireless
1 Verizon PL
Alpharetta, GA 30004-8510

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Compliance Division
ARCS-Bankruptcy
1800 Century Blvd, NE, Suite 9100
Atlanta, GA 30345-3205

(d)Georgia Department of Revenue
Compliance Division
Rm. 18225, 1800 Century Blvd, N
Atlanta, GA 30345

Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 21126
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal National Mortgage Association (

End of Label Matrix
Mailable recipients     25
Bypassed recipients      1
Total                   26

# EXHIBIT A



**Baxter & Nesmith, LLC**

**Attorneys at Law**

3300 Buckeye Road, Buckeye Tower, Suite 320, Atlanta, GA 30341
Phone: (404) 809-3423 ♦ Fax: (678) 399-2385 ♦ Website: baxternesmith.com

May 14, 2018

Leslie Dionne Hughes
11700 Registry Blvd
Hampton, GA 302258

   RE: Bankruptcy Case No. 17-52260-LRC

Dear Ms. Hughes:

Enclosed you will find the following:

1. A Motion to Withdraw as to your Bankruptcy Case Number 17-52260-LRC and
2. An unsigned Order to Withdraw as to Bankruptcy Case Number 17-52260-LRC

The Motion to Withdraw will be filed immediately based upon the fact that you do not accept the legal advice given to you in regards to your representation in the above referenced case. If you have any objections to our withdrawal, you must make it known within 14 days of the motion being filed. Please read the Motion thoroughly so that you know what court dates you have scheduled, and so that you understand your obligations in regards to your pending bankruptcy matters for Case Number 17-52260-LRC. Once the Court has signed the Order permitting us to withdraw, we will no longer be your Counsel of Record. You will have no counsel. Therefore, due to your pending bankruptcy matters, I urge you to obtain new counsel immediately.

Below is the contact information for the Counsels of Record and/or Creditors in any pending matters in your bankruptcy case:

 1. There is no Attorney of Record for Portfolio Recovery Associates, LLC. However there is a Bankruptcy Representative listed on the Proof of Claim and the Representative's information is:
   Kristin L. Adams, Bankruptcy Representative
   PRA Receivables Management, LLC
   P.O. Box 41067
   Norfolk, VA 23541
   Phone Number: (877) 829-8298
   Email: Bankruptcy_Info@portfoliorecovery.com

2.  Mallory Velten, Attorney for Federal National Mortgage Association ("Fannie Mae")
    Brock & Scott, PLLC
    4360 Chamblee Dunwoody Road
    Suite 310
    Atlanta, GA 30341
    Phone: (770) 817-8883
    Email: mallory.velten@brockandsott.com

3.  Melissa J. Davey, Chapter 13 Trustee
    Mandy Kathleen Campbell, Staff Attorney for Chapter 13 Trustee
    260 Peachtree Street, NW
    Suite 200
    Atlanta, GA 30303
    Phone: (678) 510-1444
    Email: mail@13trusteeatlanta.com

Please note that I will file an application for compensation with the Court for the work that I have completed in your case.  You will receive a copy of the application for compensation at the time of filing.

Best regards,

Joy Nesmith, Attorney
Baxter & Nesmith, LLC

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| | ) | |
| Leslie Dionne Hughes, | ) | |
| | ) | CASE NO.: 17-52260-LRC |
| Debtor. | ) | |
| | ) | JUDGE RITCHEY-CRAIG |
| | ) | |
| | ) | |

### MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

COMES NOW, Joy Nesmith and Baxter & Nesmith, LLC (collectively referred to herein as "Counsel") and moves the Court to issue an Order permitting withdrawal as counsel of record for Leslie Dionne Hughes ("Debtor"). In support of this Motion, Counsel shows the Court the following:

1. Debtor does not accept the legal advice given by Counsel, thereby rendering it impossible for Counsel to continue to adequately represent Debtor in her Chapter 13 Bankruptcy Case Number 17-52260-LRC.

2. Counsel wishes to Withdraw as counsel of record for the Debtor.

3. Counsel has notified Debtor that it intends to withdraw from such representation.

4. The undersigned hereby certifies that on May 14, 2018, Counsel sent the attached letter and proposed Motion to Withdraw to Debtor. The Debtor was informed of Counsel's intention to withdraw on May 14, 2018 in writing via e-mail and mail. (See Exhibit A – Letter of Intent to Withdraw, Motion to Withdraw, and Proposed Order)

5. This Court retains jurisdiction of the referenced action.

6. The Debtor is aware that they have the burden to keep the Court informed where notices,

pleadings, or other papers may be served on her.

7. The Debtor is aware that obligation to prosecute her open bankruptcy case.

8. If the Debtor fails and refuses to meet these burdens, she is aware that she might suffer adverse consequences.

9. Debtor is aware that a hearing on the Objection to Claim against Portfolio Recovery Associates, LLC is scheduled for July 10, 2018 at 1:45 p.m. in Courtroom 1204 on the 12th Floor of the Richard Russell Federal Building located at 75 Ted Turner Drive, SW, Atlanta, GA 30303

10. Debtor is aware that a hearing on the Motion for Relief filed by Fannie Mae will likely be scheduled for July 17, 2018 at 2:00 p.m. in Courtroom 1204 on the 12th Floor of the Richard Russell Federal Building located at 75 Ted Turner Drive, SW, Atlanta, GA 30303 and that she will receive notice of the hearing from the Court.

11. There are no known other scheduled proceedings at this time that would be affected by the withdrawal of Counsel.

12. Service of notices may be made to the Debtor by mailing a copy hereof to her last known address which is :

> Leslie Dionne Hughes
> 2270 Charleston Place
> Lithia Springs, GA 30122

13. Debtor was advised that, if she does not consent to Counsel's withdrawal, she has the right to object within fourteen (14) days of the date of the notice by filing her objection with the clerk of Bankruptcy Court which is located at 75 Ted Turner Drive, SW, Suite 1340, Atlanta, GA 30303.

WHEREFORE, Counsel requests that the Court issue an Order in the form attached

hereto as Exhibit B permitting Counsel to withdraw from further representation of the Debtor.

Respectfully submitted this the 14th day of May 2018

_____ /s/
Joy Nesmith, Attorney for Debtor
Georgia Bar No.: 161502
3300 Buckeye Road
Buckeye Tower, Suite 320
Atlanta, GA  30341
Phone: (404) 809-3423
Fax: (678) 399-2385
Email: joyn@baxternesmith.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| | ) | |
| Leslie Dionne Hughes, | ) | |
| | ) | CASE NO.: 17-52260-LRC |
| Debtor. | ) | |
| | ) | JUDGE RITCHEY-CRAIG |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than 18 years of age and, that on this day, I served a copy of the within MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR upon (a) Melissa J. Davey, Chapter 13 Trustee, and (b) upon the Debtor, and upon all listed in the attached mailing matrix by depositing a copy of same in U.S. Main with sufficient postage affixed thereon to ensure delivery to:

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303

Leslie Dionne Hughes
2270 Charleston Place
Lithia Springs, GA 30122

Respectfully submitted this the 14th day of May 2018

_____ /s/
Joy Nesmith, Attorney for Debtor
Georgia Bar No.: 161502
3300 Buckeye Road
Buckeye Tower, Suite 320

Atlanta, GA  30341
Phone: (404) 809-3423
Fax: (678) 399-2385
Email: joyn@baxternesmith.com

Label Matrix for local noticing
113E-1
Case 17-52260-lrc
Northern District of Georgia
Atlanta
Mon May 14 16:29:37 EDT 2018

American Infosource LP
as agent for Verizon
P.O. box 248838
Oklahoma City, OK 73124-8838

Mandy Kathleen Campbell
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Federal National Mortgae Association
c/o Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd, Ste 310
Atlanta, GA 30341-1056

Federal National Mortgage Association
(Fannie Mae)
C/O Seterus, Inc
PO Box 1047
Hartford, CT 06143-1047

Federal National Mortgage Association
(Fannie Mae)
Seterus, Inc
PO Box 1047
Hartford, CT 06143-1047

Frost-Arnett Company
P.O. box 198988
Nashville, TN 37219-8988

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Leslie Dionne Hughes
2270 Charleston Place
Lithia Springs, GA 30122-4004

Internal Revenue Service
401 W. Peachtree Street
Stop 334-D
Atlanta, GA 30308-3518

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joy D. Nesmith
Baxter & Nesmith, LLC
Suite 320, Buckeye Tower
3300 Buckeye Road
Atlanta, GA 30341-4238

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Patient Accounts Bureau
P.O. Box 279
Norcross, GA 30091-0279

J. Mac C. Pilgrim
The Pilgrim Law Group, Inc.
845 South Carroll Road
Suites A & B
Villa Rica, GA 30180-7035

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Razor Capital, LLC
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Seterus, Inc.
14523 SW Milikan Way
Ste 200
Beaverton, OR 97005-2352

Seterus, Inc.
P.O. Box 4121
Beaverton, OR 97076-4121

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Thd/Cbna
P.O. Box 6497
Sioux Falls, SD 57117-6497

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Road
Suite 310
Atlanta, GA 30341-1056

Verizon Wireless
1 Verizon PL
Alpharetta, GA 30004-8510

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Complaince Division
ARCS-Bankruptcy
1800 Century Blvd, NE, Suite 9100
Atlanta, GA 30345-3205

(d)Georgia Department of Revenue
Complaince Division
Rm. 18225, 1800 Century Blvd, N
Atlanta, GA 30345

Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 21126
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal National Mortgage Association (

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| | ) | |
| Leslie Dionne Hughes, | ) | |
| | ) | CASE NO.: 17-52260-LRC |
| Debtor. | ) | |
| | ) | JUDGE RITCHEY-CRAIG |
| | ) | |
| | ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Motion of the Joy Nesmith and Baxter & Nesmith, LLC, to withdraw as Counsel for Debtor, Leslie Dionne Hughes.  There being no opposition, it is

**ORDERED** that the Motion is GRANTED and Joy Nesmith and Baxter & Nesmith, LLC, is hereby allowed to withdraw as Counsel for Debtor.  It is

**FURTHER ORDERED** that the Clerk of the United States Bankruptcy Court strike its name from the records accordingly.

Pursuant to Bankruptcy Local Rule 9010-5(d), NDGA., Debtor is hereby directed to notify the Clerk in writing within (20) twenty days of the entry of this Order of the appointment of another attorney or of the decision to appear pro se.  Debtor is further directed to provide the Clerk with the current telephone number and address of the newly-appointed attorney or of his or herself, if proceeding pro se.

**[END OF DOCUMENT]**

## DISTRIBUTION LIST

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Federal National Mortgage Association
(Fannie Mae)
c/o Seterus, Inc
P.O. Box 1047
Hartford, CT 06143-1047

Georgia Department of Revenue
Compliance Division
ARCS-Bankruptcy
1800 Century Blvd, NE, Suite 9100
Atlanta, GA 30345

Georgia Department of Revenue
Compliance Division
Rm. 18225, 1800 Century Blvd, N
Atlanta, GA 30345

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 21126
Philadelphia, PA 19114

Patient Accounts Bureau
P.O. Box 279
Norcross, GA 30091-0279

Razor Capital, LLC
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021

Norfolk, VA 23541-1021

Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Road
Suite 310
Atlanta, GA 30341-1056

American InfoSource LP
As agent for Verizon
P.O. Box 248838
Oklahoma City, OK 73124-8838

Leslie Dionne Hughes
2270 Charleston Place
Lithia Springs, GA 30122-4004

Joy D. Nesmith
Baxter & Nesmith, LLC
3300 Buckeye Road
Buckeye Tower, Suite 320
Atlanta, GA 30341-4238

J. Mac C. Pilgrim
The Pilgrim Law Group, Inc.
845 South Carroll Road
Suites A & B
Villa Rica, GA 30180-7035

Seterus, Inc.
14523 SW Milikan Way
Ste 200
Beaverton, OR 97005-2352

Thd/Cbna
P.O. Box 6497
Sioux Falls, SD 57117-6497

Verizon Wireless
1 Verizon PL
Alpharetta, GA 30004-8510

Mandy Kathleen Campbell
Office of Melissa J. Davey
Chapter 13 Trustee

260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303-1236

Federal National Mortgage Association
c/o Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd, Ste 310
Atlanta, GA 30341-1056

Frost-Arnett Company
P.O. Box 198988
Nashville, TN 37219-8988

Internal Revenue Service
401 W, Peachtree Street
Stop 334-D
Atlanta, GA 30308-3518


Kristin L. Adams, Bankruptcy Representative
Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Seterus, Inc.
P,O. Box 4121
Beaverton, OR 97076-4121

U.S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| | ) | |
| Leslie Dionne Hughes, | ) | |
| | ) | CASE NO.: 17-52260-LRC |
| Debtor. | ) | |
| | ) | JUDGE RITCHEY-CRAIG |
| | ) | |
| | ) | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Motion of the Joy Nesmith and Baxter & Nesmith, LLC, to withdraw as Counsel for Debtor, Leslie Dionne Hughes.  There being no opposition, it is

**ORDERED** that the Motion is GRANTED and Joy Nesmith and Baxter & Nesmith, LLC, is hereby allowed to withdraw as Counsel for Debtor.  It is

**FURTHER ORDERED** that the Clerk of the United States Bankruptcy Court strike its name from the records accordingly.

Pursuant to Bankruptcy Local Rule 9010-5(d), NDGA., Debtor is hereby directed to notify the Clerk in writing within (20) twenty days of the entry of this Order of the appointment of another attorney or of the decision to appear pro se.  Debtor is further directed to provide the Clerk with the current telephone number and address of the newly-appointed attorney or of his or herself, if proceeding pro se.

### [END OF DOCUMENT]

## DISTRIBUTION LIST

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Federal National Mortgage Association
(Fannie Mae)
c/o Seterus, Inc
P.O. Box 1047
Hartford, CT 06143-1047

Georgia Department of Revenue
Compliance Division
ARCS-Bankruptcy
1800 Century Blvd, NE, Suite 9100
Atlanta, GA 30345

Georgia Department of Revenue
Compliance Division
Rm. 18225, 1800 Century Blvd, N
Atlanta, GA 30345

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 21126
Philadelphia, PA 19114

Patient Accounts Bureau
P.O. Box 279
Norcross, GA 30091-0279

Razor Capital, LLC
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021

Norfolk, VA 23541-1021

Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Road
Suite 310
Atlanta, GA 30341-1056


American InfoSource LP
As agent for Verizon
P.O. Box 248838
Oklahoma City, OK 73124-8838

Leslie Dionne Hughes
2270 Charleston Place
Lithia Springs, GA 30122-4004

Joy D. Nesmith
Baxter & Nesmith, LLC
3300 Buckeye Road
Buckeye Tower, Suite 320
Atlanta, GA 30341-4238

J. Mac C. Pilgrim
The Pilgrim Law Group, Inc.
845 South Carroll Road
Suites A & B
Villa Rica, GA 30180-7035

Seterus, Inc.
14523 SW Milikan Way
Ste 200
Beaverton, OR 97005-2352

Thd/Cbna
P.O. Box 6497
Sioux Falls, SD 57117-6497

Verizon Wireless
1 Verizon PL
Alpharetta, GA 30004-8510

Mandy Kathleen Campbell
Office of Melissa J. Davey
Chapter 13 Trustee

260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303-1236

Federal National Mortgage Association
c/o Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd, Ste 310
Atlanta, GA 30341-1056

Frost-Arnett Company
P.O. Box 198988
Nashville, TN 37219-8988

Internal Revenue Service
401 W, Peachtree Street
Stop 334-D
Atlanta, GA 30308-3518


Kristin L. Adams, Bankruptcy Representative
Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Seterus, Inc.
P,O. Box 4121
Beaverton, OR 97076-4121

U.S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315